IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA MICRO DEVICES CORPORATION SECURITIES LITIGATION _____/ | No  C  94-2817  VRW<br><br>ORDER |

     Representative plaintiffs have not explained the reason that only the Lexis-Nexis database was searched for addresses of class members.  The court is under the impression that several other databases track addresses.  These appear to include Westlaw's public records database and internet people finder subscription services such as www.peoplefinders.com or www.peoplefinder.intelius.com, both allowing unlimited searching within twenty-four hours for twenty dollars.

//
//
//
//
//
//

Counsel are requested to explain why these and other sources of address information were not employed. Counsel may furnish this explanation in writing filed before September 14, 2006, at 2:00 pm PDT or by personal appearance, whichever is more convenient.

IT IS SO ORDERED.

**VAUGHN R WALKER**
United States District Chief Judge