Joy A. Kruse (SBN 142799)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Joseph M. Hassett
George H. Mernick, III
Albert W. Turnbull
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600

Class Counsel and Attorneys
for the Representative Plaintiffs
ColPERA and CalSTRS

FILED

DEC - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA MICRO DEVICES CORPORATION SECURITIES LITIGATION, | Master File No. C-94-2817-VRW<br><br>[PROPOSED] ORDER RE: PAYMENT TO CLAIMS ADMINISTRATOR |
| This Document Relates To:<br><br>ALL ACTIONS. | |

On or about October 24, 2007, the Court entered an order authorizing Poorman-Douglas, now known as Epiq Systems ("Epiq"), for costs and labor for distribution of settlement funds not to exceed $1,851.58. The order entered was a proposed order submitted by Plaintiffs in 2006.

Epiq sustained additional fees and expenses in 2007 for distribution of the residual funds that were not reimbursed by the Court's October 24, 2007 order as explained in a letter submitted by local counsel for Plaintiffs on December 4, 2007.

740492.1

[PROPOSED] ORDER RE: PAYMENT TO CLAIMS
ADMINISTRATOR
MASTER FILE NO. C-94-2817-VRW

1         THEREFORE, IT IS HEREBY ORDERED:

2         Epiq shall be paid an additional $12,905.42 for the costs and labor incurred in

3 distributing the residual settlement funds.

6 Dated: _____

                                              The Honorable Vaughn R. Walker
                                              United States District Court

740492.1        - 2 -       [PROPOSED] ORDER RE: PAYMENT TO CLAIMS ADMINISTRATOR
MASTER FILE NO. C-94-2817-VRW